**IN THE SUPREME COURT OF PENNSYLVANIA**

| | |
|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : No. 2948 Disciplinary Docket No. 3 |
| | : |
| | : No. 20 DB 2023 |
| Petitioner | : |
| | : Attorney Registration No. 202170 |
| v. | : |
| | : (York County) |
| | : |
| JAMES F. LOGUE, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**,

**AND NOW** this 25th day of June, 2024, upon consideration of the response to this Court's Rule to Show Cause, the Rule is made absolute, and James F. Logue is placed on temporary suspension until further action by this Court. *See* Pa.R.D.E. 208(f)(5). He shall comply with the provisions of Pa.R.D.E. 217.

The President Judge of the Court of Common Pleas of York County shall enter such orders as may be necessary to protect the rights of Respondent's clients or fiduciary entities with which he is involved. *See* Pa.R.D.E. 217(g).

This Order constitutes an imposition of public discipline. *See* Pa.R.D.E. 402(c)(3) (providing an exception to the confidentiality requirement of Rule 402 when "an order of temporary suspension from the practice of law is entered by the Court pursuant to Enforcement Rule 208(f)").